TJOFLAT, Circuit Judge,
dissenting.
TJOFLAT, Circuit Judge.
The district court sentenced Culpepper under a sentencing model that differs materially from the model Booker prescribes. See United States v. Rodriguez, 406 F.3d 1261, 1281 (11th Cir.2005) (Tjoflat, J., dissenting from denial of rehearing en banc) (explaining the difference between sentencing pre-Booker and post-Booker.) The difference in the two models is so fundamental, and so striking, that the district judge in this case could not possibly have imagined what it would have been like to sentence Culpepper using the new, Booker model. Having no such idea, the judge could hardly have opined that he would have given Culpepper the same sentences had he been using the Booker model.
I would vacate Culpepper’s sentences and remand the case for resentencing.